**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: GENERIC PHARMACEUTICALS PRICING ANTITRUST LITIGATION** | MDL 2724<br>16-MD-2724 |
| **THIS DOCUMENT RELATES TO:** | **HON. CYNTHIA M. RUFE** |
| *County of Nassau v. Actavis Holdco US, Inc.* | Individual Case No. 20-65 |

**ORDER**

**AND NOW**, this 21st day of September 2020, upon consideration of the Motion for Leave to Withdraw Daniel P. Weick as Counsel for Defendants Mylan Inc. and Mylan Pharmaceuticals Inc. [Doc. No. 52 in Civil Action No. 20-65], and as these Defendants remain represented by other counsel, it is hereby **ORDERED** that the Motion is **GRANTED** and the appearance of Daniel P. Weick is **WITHDRAWN**.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**