UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COUNTY OF NASSAU, COUNTY OF ALLEGANY, COUNTY OF CLINTON, COUNTY OF CORTLAND, COUNTY OF FRANKLIN, COUNTY OF FULTON, COUNTY OF GREENE, COUNTY OF HERKIMER, COUNTY OF LEWIS, COUNTY OF MADISON, COUNTY OF MONTGOMERY, COUNTY OF NIAGARA, COUNTY OF OSWEGO, COUNTY OF SCHENECTADY, and COUNTY OF STEUBEN,<br><br>Plaintiffs,<br><br>v.<br><br>ACTAVIS HOLDCO US, INC.;<br>ACTAVIS ELIZABETH LLC;<br>ACTAVIS PHARMA, INC.;<br>ALVOGEN INC.;<br>AMNEAL PHARMACEUTICALS, INC.;<br>AMNEAL PHARMACEUTICALS, LLC;<br>APOTEX CORP.;<br>AUROBINDO PHARMA USA, INC.;<br>BAUSCH HEALTH AMERICAS, INC.;<br>BAUSCH HEALTH US INC.;<br>BARR PHARMACEUTICALS, LLC;<br>BRECKENRIDGE PHARMACEUTICAL, INC.;<br>CAMBER PHARMACEUTICALS, INC.; | Case No. 2:20-cv-00065<br><br>JURY TRIAL DEMANDED |

1

CARACO PHARMACEUTICAL LABORATORIES LTD.;
CITRON PHARMA LLC;
DAVA PHARMACEUTICALS, LLC;
DR. REDDY'S LABORATORIES, INC.;
ENDO INTERNATIONAL PLC;
FOUGERA PHARMACEUTICALS INC.;
G & W LABORATORIES;
GENERICS BIDCO I, LLC;
GLENMARK PHARMACEUTICALS, INC.;
GREENSTONE LLC;
HERITAGE PHARMACEUTICALS, INC.;
HIKMA LABS, INC.,
HIKMA PHARMACEUTICALS, USA, INC.,
IMPAX LABORATORIES, INC.;
JUBILANT CADISTA PHARMCETUICALS, INC.;
LANNETT COMPANY, INC.;
LUPIN PHARMACEUTICALS, INC.;
MAYNE PHARMA USA INC.;
MORTON GROVE PHARMACEUTICALS, INC.,
MUTUAL PHARMACEUTICAL CO., INC.;
MYLAN INC.;
MYLAN PHARMACEUTICALS, INC.;
MYLAN N.V.;
OCEANSIDE PHARMACEUTICALS, INC.;

| |
|---|
| **PAR PHARMACEUTICAL, INC.;** |
| **PERRIGO NEW YORK, INC.;** |
| **PFIZER, INC.;** |
| **SANDOZ, INC.;** |
| **SUN PHARMACEUTICAL INDUSTRIES, INC.;** |
| **TARO PHARMACEUTICALS USA, INC.;** |
| **TELIGENT INC.,** |
| **TEVA PHARMACEUTICALS USA, INC.;** |
| **TORRENT PHARMA INC.,** |
| **UDL LABORATORIES, INC.,** |
| **UPSHER-SMITH LABORATORIES, LLC;** |
| **URL PHARMA, INC.;** |
| **VALEANT PHARMACEUTICALS NORTH AMERICA, LLC;** |
| **VALEANT PHARMACEUTICALS INTERNATIONAL, INC.;** |
| **VERSAPHARM, INC;** |
| **WEST-WARD COLUMBUS, INC.,** |
| **WEST-WARD PHARMACEUTICALS CORP.;** |
| **WOCKHARDT USA LLC; and** |
| **ZYDUS PHARMACEUTICALS (USA), INC.,** |
| Defendants. |

## PLAINTIFFS' MOTION FOR LEAVE TO AMEND

Both the Federal Rules of Civil Procedure and basic considerations of fairness and justice suggest that Plaintiffs be allowed to amend their pleadings. Rule 15 mandates that leave to amend should be "freely given."

This is especially so in this particular case, where no motion to dismiss or Answer has been filed or served, no discovery requests have been served, and no scheduling order has been entered – so Defendants cannot be prejudiced by the amendment of Plaintiffs' allegations.

This is even more especially so because this is a case about a price-fixing and bid-rigging cartel, where courts have long recognized "the facts of the conspiracy are for the most part within [the] possession and knowledge of defendant." *See, e.g.*, *F.D.I.C. v. WH Venture*, No. 84-5673, 1986 WL 3560, at *1 (E.D. Pa. Mar. 13, 1986) (citing *Leonia Amusement Corporation v. Lowe's Incorporated*, 16 F.R.D. 583, 584 (S.D.N.Y. 1954)). Indeed, Congress has voiced its support for this principle as well, by tolling the applicable statute of limitations in antitrust cases in which the DOJ brings criminal proceedings pending the completion of those proceedings, plus one additional year. *See* 15 U.S.C. § 16(i).

Given that the Rules, basic principles of fairness, and strong public policy considerations all support granting leave to amend, Plaintiffs respectfully request leave to file their proposed Second Amended Complaint.

Dated: December 15, 2020               Respectfully Submitted,

NAPOLI SHKOLNIK PLLC

*/s/ Salvatore C. Badala*
Salvatore C. Badala (SB2053)
Alastair J.M. Findeis
W. Steven Berman (Pa. Bar 45927)
360 Lexington Ave., 11th Floor
New York, NY, 10017
Tel: (212) 397-1000
Fax: (646) 843-7603
sbadala@napolilaw.com
afindeis@napolilaw.com

/s/ W. Steven Berman
W. Steven Berman (Pa. Bar 45927)
Napoli Shkolnick PLLC
One Greentree Center, Suite 201
10,000 Lincoln Drive, East
Marlton, NJ 08053
Tele: (856) 988-5574
Fax:  (646) 843-7603
wsberman@napolilaw.com

*Attorneys for the Plaintiff Counties*